Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of

A White 2025 Jeep Compass, bearing Arizona License Plate No. B6A7PZ, Last Four of VIN: 6404, located at Keams Canyon Auto Shop

Case No. 25-04476MB

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona (identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____December 2, 2025_____
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

_Allen R. Anderson_
         (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)   ☐ for  days (not to exceed 30)
                                                                                                 ☐ until, the facts justifying, the later specific date of _____

**Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2025.11.18 13:03:42 -07'00'

Date and time issued: _____

                                                                          Judge's signature

City and State:  __Flagstaff, AZ__                Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                                        Printed name and title

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-04476MB | NOVEMBER 25, 2025 @ 12:56 PM | WHITE 2025 JEEP COMPASS AZ PLATE NO. B6A7PZ |

**Inventory Made in the Presence of:**
TROOPER EVAN BERGER
ARIZONA DEPARTMENT OF PUBLIC SAFETY

**Inventory of the property taken and name of any person(s) seized:**

A1 - CURTAIN AIRBAG FROM LEFT FRONT SEAT (DRIVER SIDE)/DOOR.
A2 - SIDE AIRBAG FROM LEFT FRONT SEAT (DRIVER SIDE).
A3 - CURTAIN AIRBAG FROM RIGHT FRONT SEAT/DOOR.
A4 - SIDE AIRBAG FROM RIGHT FRONT PASSENGER SEAT.
A5 - PAIR OF BLACK NIKE SHOES, SIZE 8.
A6 - WHITE NIKE SHOE, SIZE 9 (LEFT).
A7 - WHITE NIKE SHOE, SIZE 8.5 (LEFT).
A8 - IRS DOCUMENT, AND HOPI DAY SCHOOL DOCUMENT.
A9 - CURTAIN AIRBAG FROM RIGHT REAR PASSENGER SEAT/DOOR.
A10 - CURTAIN AIRBAG FROM LEFT REAR PASSENGER SEAT/DOOR.
A11 - WHITE NIKE SHOE, SIZE 8.5 (RIGHT).
A12 - 375 ML OF 99 WATERMELONS, 99 PROOF, LIQUEUR, 49.5% ALC./VOL. (EMPTY).
 & 50 ML OF 99 BLACKCHERRY, 99 PROOF, LIQUEUR, 49.5% ALC./VOL. (EMPTY).
A13 - ONE STRAND OF HAIR.
A14 - OCB ORGANIC HEMP ROLLING PAPERS.
A15 - PAIR OF SMALL WHITE SOCKS.
A16 - ELECTRONIC DATA MODULE (EDM) - DATA BY AZDPS.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: NOVEMBER 26, 2025

*[signature]*

Executing officer's signature

ALLEN R. ANDERSON
SPECIAL AGENT

Printed name and title